[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-15815
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 21, 2010
JOHN LEY
CLERK

D. C. Docket No. 07-03082-CV-TCB-1

KENT GILLILAND,
for himself, individually, and on
behalf of a class of all others
who are similarly situated,

Plaintiff-Appellant,

versus

AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL,
AIR LINE PILOTS ASSOCIATION
DELTA MASTER EXECUTIVE COUNCIL,
DONALD LEE MOAK,
Captain; individually, and in his
capacity as Delta Master Executive
Council Chairman,
TIMOTHY G. CANOLL,
Captain; individually, and in his
capacity as Delta Master Executive
Council Vice-Chairman,
KINGSLEY ROBERTS,
Captain; individually, and in his
capacity as Delta Master Executive
Council Secretary-Treasurer, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(September 21, 2010)

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, we AFFIRM the thorough and well reasoned decision of the District Court granting Summary Judgment to the defendants-appellees in this matter.